**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7135**

In Re:  ALLAN MICHAEL RUDD,

Petitioner.

On Petition for Writ of Mandamus.  (9:07-cv-00252-HMH)

Submitted:  September 11, 2007    Decided:  September 17, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Allan Michael Rudd, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allan Michael Rudd petitions for a writ of mandamus alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) petition. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>